# Alexander Jason

**Certified Senior Crime Scene Analyst**
**Certified Force Science Analyst**
P.O. Box 375, Pinole, CA 94564 • 510 724 1003 • Fax: 724 0733
www.alexanderjason.com

Mr. John M. L. Brown
222 Second Avenue North, Suite 312
Nashville, Tennessee 37201


June 29, 2011


Re: Johnson, et al v Metropolitan Government of Nashville, et al
USDC 3:10-cv-0589


# Shooting Incident Analysis

- I am Board Certified as a Senior Crime Scene Analyst with specialized training and experience in the reconstruction and analysis of shooting incidents. I am also certified in Force Science Analysis.

- I have been accepted as an expert in state and federal courts in California and 11 other states to provide expert testimony in crime scene reconstruction, shooting incident reconstruction, wound ballistics, and force science (the human dynamics related to shooting incidents.)

- I have performed analysis and reconstructions on more than 300 shooting incidents and I have been retained by U.S. Attorneys, U.S. Army Judge Advocate General, United States Department of State, and many other agencies to perform shooting analyses or training in shooting incident reconstruction.

- I have performed substantial research on the time and movement of persons involved in shooting incidents, the neuropsychological factors related to the decisions and actions of shooting, and the time dynamics relating to firearm operation and bullet travel.

- I am the author of a research paper recently published in a peer-reviewed journal on *"Shooting Dynamics: Elements of Time and Movement in Shooting Incidents"*

- I am currently a paid consultant to the U.S. Department of Justice performing reviews and providing recommendations on Federal funding of grants for new forensic science and crime scene investigation technologies and programs.

- I am a Fellow of the American Academy of Forensic Sciences, a member of the International Association for Identification, and a Technical Advisor to the Association of Firearm and Toolmark Examiners.

- I have made over 70 presentations to forensic science, law enforcement, prosecutor, and defense counsel groups. and I have also been published in the F.B.I.'s forensic science journal.

  My qualifications, memberships, education, experience, and training is fully described in the attached C.V.

I have reviewed the following:

MPD Homicide Investigation File
MPD Interviews
MPD Pictures & Diagrams
MPD Radio Traffic
Shelton Depo Part I, Part II, Part III
ME Office Autopsy Report & Photos
Evidence and Scene Photos
Decedent's Clothing and Shoes
Evidence Items: Bullets, I-POD, Remote Control
Deposition and report of Plaintiff Expert Davidson
Interrogatory Response of J. Shelton

---

## Objective

In this case, I was retained to perform an analysis of the shooting incident in which the decedent, Reginald D. Wallace, II was fatally shot by MPD officer Joe Shelton.

Specifically, my tasks were:

- To determine if the physical evidence is consistent with the description of the incident provided by Ofc Joe Shelton.
- To determine if the object described by Ofc Shelton as being in the decedent's right front pants pocket could have reasonably been perceived as a firearm.
- To review plaintiff expert Davidson's report and deposition.

## Incident Description (by Ofc Shelton)

Ofc Shelton along with his K9 partner discovered the decedent hiding underneath a low deck structure at the back of a house. With the dog in bite contact with the decedent, Ofc Shelton observed the decedent crawling away from him while his right hand was inside his right front pants pocket.

In spite of numerous commands to "show me your hands", the decedent kept his hand inside his pocket until shortly before he crawled out from under the deck. At this point, with the police dog still attached to his leg, the decedent ignored continued commands by Ofc Shelton to "get on the ground" and attempted to climb a fence into the next yard.

As Ofc Shelton attempted to restrain him and place him under arrest, the decedent struck Ofc Shelton in the face and once again, reached his right hand into his pants pocket. Fearing he was about to withdraw a firearm, Ofc Shelton attempted to "trap" the decedent's hand and while doing so, felt like "a squared metal edge." Feeling the hard, gun-sized object in the pocket and in full regard for the context of the events at this point which included the fact that the decedent was making intense efforts to pull an object from his pocket while struggling with a police officer and being bitten by a police dog, Ofc Shelton was now certain that the decedent was about to produce a handgun from his pocket.

As they struggled, Ofc Shelton saw a portion of a "silvery," shiny metallic object coming out of the pocket in the decedent's right hand. Unable to maintain control of the decedent, Ofc Shelton pushed him away to gain distance. Believing the object was a handgun, Ofc Shelton drew and fired three shots, stopping immediately when the decedent fell to the ground.

## Opinion

- **The decedent's wound paths are consistent with the decedent being in front of Ofc Shelton and then rotating to his left while being shot.**

**Basis:**

There are three gunshot wounds (GSW) in the decedent's right back. Two of the wound paths (A and B) are described as having a "rightward" direction while one (C) has only a forward vector, no left or right direction. If the shooter was stationary, the presence of three wound paths with different angles is consistent with movement by the decedent while the shots were fired.

If the decedent's shoulder to shoulder plane was essentially parallel to the shooting officer's torso immediately before the shots were fired, a bullet trajectory from Ofc Shelton's first shot would have created a forward wound path. The wound path consistent with this alignment is GSW "C".

As the decedent rotated to his left, the second and third shots would have created "rightward" wound paths – as seen in GSW's "A" and "B".

Ofc Shelton describes firing all three shots in "less than a second." This time period is consistent with rapid shooting. (Research establishes that an average police officer can fire as many as 4-5 shots within one second.) The rightward angles of wound paths A and B are consistent with the shots being fired rapidly during the beginning of the decedent's rotation.

---

## Opinion

- **The condition of the black and grey T-shirts worn by the decedent is consistent with Ofc Shelton's description of some distance between him and the decedent when he fired the three shots. None of the shots were fired at contact or near contact range.**

**Basis:**

An examination of the decedent's clothing at the MPD property and evidence room found no gunshot residue or physical damage consistent with a contact or near-contact gunshot. The absence of GSR does not allow a determination of actual muzzle to clothing distance. However, a contact or near contact gunshot (approximately 0" to 1") would produce physical damage to the garments and a visible carbonaceous deposit. No such damage or deposits were observed.

## Opinion

- **The length and width dimensions of the "I-Pod Touch" are similar to the dimensions of small, semi-auto pistols such as the Raven .25 auto. While held or covered with a hand inside a pocket, the "I-Pod Touch", a person using fingers to perceive the object from outside the pocket would not be able to easily distinguish the "I-Pod Touch" from a small handgun.**

Basis:

The "I-Pod Touch" (IPT) recovered near the decedent's body has a reflective metal shell body on one side and around the edges. The metal shell is very similar in reflectivity and shading to that of several small handguns such as the Raven .25 Auto pistol.



Figure 1 -- Raven 25 Auto & I-Pod Touch

The length and width dimensions of the IPT and a Raven .25 auto pistol are very similar.



Figure 2 -- I-Pod Touch Over Raven .25 Auto Pistol

## Opinion:

- **The appearance of a partially visible reflective metal object like an "I-Pod Touch" can strongly resemble the appearance of a small chromed, nickel, or stainless steel pistol.**

Basis:

Visual and photographic comparisons of an "I-Pod Touch" (IPT) and two small reflective metal handguns were performed using a IPT of the same model as the unit recovered at the shooting scene and with two semi-auto handguns: Raven .25 Auto and an RG .22 LR.

The comparisons were performed with the IPT or the real handgun being withdrawn from a right front jeans pocket.



Figure 3 -- Comparison: Raven .25 Auto (left) and I-Pod Touch (right)



**Figure 4 - Comparison: RG .22 LR Auto (left) and I-Pod Touch (right)**

## Opinion

- **If, as Ofc Shelton perceived, the decedent was withdrawing a handgun from his right front pocket, his response (drawing and firing) was necessary to prevent the decedent from turning and shooting at him.**

### Basis:

The situation described by Ofc Shelton just before the shooting was that he had observed a shiny metallic object being pulled from the decedent's right front pocket. He then pushed the decedent away from him to create some distance. Acting upon his belief that this object being withdrawn was a handgun, Ofc Shelton did not have time to do anything else but draw and fire.

Research on shooting dynamics has established that a person can draw a handgun and rotate his arm sufficiently to fire at someone behind him in less than 0.35 seconds. When this action is viewed from behind, the time interval from the first observable movement to the rotation and firing of the gun can be as short as 0.12 seconds. Due to physical and psychological factors relating to perception, reaction, and the time required to draw his weapon from his holster, Ofc Shelton would have been unable to fire even one shot in that time period if he had waited until a weapon was fully withdrawn from a pocket and the rotation initiated – even if he had his finger on the trigger waiting for the rotation.

Taking action immediately upon recognizing what he believed was a handgun about to be used against him was the only action he could perform within that short time to prevent a shot being fired at him.

---

## Opinion

- **The physical evidence is consistent with a restrained use of deadly force by Ofc Shelton.**

**Basis:**

1. Ofc Shelton's .40 caliber Glock Model 22 held 15 rounds before firing.

2. Ofc Shelton did not fire any shots while the decedent was under the deck – even when he had a hand in his pocket and ignored commands to show his hands.

3. Ofc Shelton holstered his handgun when he saw the decedent's hands were empty – after the decedent had come out from under the deck:

   *Depo Pg 132*
   *A. As I holstered my handgun, I started towards -once I could see his hands were empty, I started towards Mr. Wallace.*

4. Ofc Shelton fired three shots. In his deposition, he explains that he stopped firing after the third shot when the decedent fell and he observed what he believed was the handgun out of the decedent's hand.

   *Depo Pg 143*
   *Q. What happened after you fired the third shot?*
   *A. He fell to the ground. I could see the weapon come out of his pocket and fly over to the ground . . .*
   *Q. After Mr. Wallace was hit with the first shot, did he fall to the ground?*
   *A. No.*

*Q. Second shot?*
*A. No.*
*Q. After the third shot?*
*A. Yes, sir.*

Ofc Shelton's handgun **had 12 rounds of ammunition remaining** but he did not fire again.

---

## Opinion

- **Several of plaintiff expert Phillip L. Davidson's opinions are incorrect and display a serious lack of knowledge regarding shooting dynamics and firearm/ammunition performance.**

**Basis:**

1. Plaintiff Expert Davidson repeatedly states that it is not possible for a person to shoot at someone behind him without "turning."

   Deposition Pg 64:

   *All we do know for a fact is that he was shot in the back. **He was not turning toward the officer** . . . . We know a dog was attached to him. So was this officer in danger when there was a dog attached to this guy's leg? I don't think that the record here shows that he was really in any danger at all.*

   *No, if a suspect's back was turned to you and he had a weapon and he turned -- **he's got to turn**. You know, the problem with a clear back shot is that if a guy has a weapon, I mean, you can see **there is no way you can do anything unless your body starts to turn . . . You're going to have to turn to shoot somebody.** (Emphasis added)*

That a person must turn to shoot behind him is factually wrong. There are two methods for shooting 180 degrees behind without turning:

A. "Wrist Flip": A simple rotation of the hand at the wrist can orient a handgun towards a person's rear and place a person behind in the line of fire.



Pistol in pocket    Pistol Pointing Backward

Avg Time: 0.29 sec

Figure 5 – "Wrist Flip"

B. "Over The Shoulder" – The hand holding a firearm reaches over the opposite shoulder aiming directly behind.



Pistol in pocket    Pistol Pointing Backward

Avg Time 0.35 sec

Figure 6 -- "Over the Shoulder"

Both of these shooting techniques were performed and videotaped numerous times using four different participants. The start and stop time intervals were determined through computer analysis of the video. The time started at the first observable movement of the right arm and ended with the sound of the shot being fired (or the pellet gun firing). The "Wrist Flip" and the "Over The Shoulder" operations can be performed with very short time The average time for the "Wrist

Flip" was 0.29 seconds. The average time for the "Over The Shoulder" was 0.33 seconds.

2. Plaintiff expert Davidson is also wrong in his opinion that Ofc Shelton could have waited to fire until after the decedent had turned or begun to turn towards him. A body rotation sufficient to fire a shot directly behind and a shot fired can be achieved in less than a tenth of a second (0.10 sec).

This was determined by experimental testing during which participants began with a pistol in their right front pants pocket. The average time to rotate and fire was 0.14 seconds.



**Pistol in Pocket**                    **Pistol Pointing Back**
**Avg Time 0.14 sec**

Figure 7 -- Rotation Shooting

It is important to note that 0.14 sec time is substantially faster than the average time required to react to a stimulus (0.20 – 0.30 sec). This means that a suspect turned away from a police officer could turn and shoot the officer before the officer could fire a shot – **even if his finger was on the trigger and he was anticipating the turn.**

Officer Shelton, believing the suspect was armed and in the process of withdrawing a pistol from his pocket could not have waited until the suspect turned.

3. Plaintiff expert Davidson made a disturbingly erroneous statement which reveals a profound lack of knowledge about handgun and ammunition performance. While discussing the handgun he used as a SWAT officer, he described the Walther PPK pistol:

Deposition Page 94:

> A. It was a .380. Boy, it could kick. Shoot a brick wall down.
> 4 Q. A .380 could shoot a brick wall down?
> A. This one. The Walter PPK was adopted by the German army well before
> they even had Sig Sauers and stuff like that. It was just a great weapon.

Anyone with professional knowledge on firearms and ammunition knows that there is no standard handgun capable of "*Shoot(ing) a brick wall down*." The Walther PPK pistol described by Davidson fires .380 auto caliber ammunition – which is a low-powered round and completely incapable of doing more than creating a shallow divot in a brick.



Figure 8 -- Impact of .380 Auto 95gr TMJ Bullet on Brick

I performed an experiment to test this fact. Using a Walther PPK/S pistol loaded with the heaviest available ammunition (95gr, TMJ), I shot 12 rounds into a small brick wall from up to five feet distant. The wall did not collapse, nor did a bullet penetrate thru any of the bricks. The only damage were shallow defects in the bricks.



Figure 9 -- Walther PPK/s Used Against Brick Wall



Figure 10 -- Brick Wall Used in PPK Experiment



Figure 11 -- Brick Wall Defects After 14 Strkes w/ .380 Auto

## Summary Opinions

- The physical evidence is consistent with Ofc Shelton's description of the incident.

- The physical evidence is consistent with Ofc Shelton's belief that the object in the decedent's right front pants pocket was a handgun.

- Believing the decedent was armed, Ofc Shelton would have exposed himself to possible gunshot(s) if had waited until the decedent rotated towards him before firing his handgun.

- Plaintiff expert Davidson's opinions regarding shooting dynamics and handgun performance are wrong and indicative of someone who lacks qualifications to provide opinions on these subjects.

My analysis of this incident is continuing and I may provide a supplemental report and additional demonstrative exhibits in the future.


Alexander Jason, BCSA, CFPH
Certified Senior Crime Scene Analyst
Certified Force Science Analyst

# Alexander Jason

**Certified Senior Crime Scene Analyst**
**Certified Force Science Analyst**

PO Box 375 Pinole, CA 94564 • 510-724-1003 / FAX: 510-724-0733 • ajason@alexanderjason.com

## CURRICULUM VITAE

**Certified Senior Crime Scene Analyst**: Board Certified by the *International Association for Identification* (IAI); the oldest professional forensic science organization.

**Certified Force Science Analyst**: Force Science Institute; Human Dynamics in Shooting Incidents

**Board Certified in Forensic Photography and Digital Imaging** by the IAI

**Qualified Expert Witness:** in **Crime Scene Reconstruction, Shooting Incident Reconstruction, Wound Ballistics, Bloodspatter Interpretation, Forensic Photography**, and **Forensic Computer Animation** in Federal and State Courts (Alaska, California, Colorado, Florida, Kansas, Maryland, Missouri, New Jersey, New York, Texas, Washington, and West Virginia.)

## PROFESSIONAL DESCRIPTION & EXPERIENCE

The focus of my professional work is crime scene analysis, shooting incident reconstruction and wound ballistics research. My primary interest is in the reconstruction and analysis of shooting incidents, the human and mechanical dynamics of shooting and the science of wound ballistics which relates to the use of firearms against humans and specifically to the interaction of projectiles and the human body.

## PROFESSIONAL MEMBERSHIPS

> **Fellow** of the American Academy of Forensic Sciences
> **Member**: International Association of Bloodstain Pattern Analysts
> **Member**: International Association for Identification
> **Technical Advisor**: Association of Firearm and Toolmark Examiners
> **Co-Founder:** International Wound Ballistics Association

## CURRENT & PRIOR PROFESSIONAL POSITIONS

**Consultant to the U.S. Department of Justice, National Institute of Justice**: Review & evaluate forensic science & crime scene investigation technology research and project proposals

**Past President, Fellow, & Distinguished Member:** Association for Crime Scene Reconstruction

**Shooting Reconstruction Instructor:** Selected by the U.S. State Department to teach a 3 day course on Shooting Reconstruction to members of the PGR (Attorney General of Mexico's Investigative and Crime Scene personnel -- equivalent to our FBI) at the PGR Academy in Mexico City, Mexico (October, 2000).

**Digital Forensic Photography Instructor**: Primary producer and instructor of comprehensive seminar for law enforcement, medical, and forensic personnel teaching basic and advanced concepts and methods of forensic photography.

**U.S. Congress' Office of Technology Assessment Advisory Panel** (1990-1992): Appointment to study and evaluate the effects of police officers being shot and to develop ballistic impact and penetration standards for police body armor.

**Managing Editor of the *Wound Ballistics Review*:** *The Journal of the International Wound Ballistics Association*; 1990-1995. (Most IWBA Full Members are physicians; many others are engineers, scientists, and law enforcement members engaged in the study of wound ballistics.)

**Consultant on Shooting Incidents, Firearms and Ballistics** to the United States Army, federal agencies, major corporations, law enforcement agencies as well as to the "Mythbusters," "CSI," & "Law & Order" TV shows, NBC, CBS, ABC, PBS/NOVA and several major film studios. I have also consulted on bullet design and performance parameters for ammunition manufacturers. I have appeared numerous times on CNN, Fox News, MSNBC and other news shows while interviewed on current shooting incidents.

**Co-Instructor:** Shooting Reconstruction: Ballistic Trajectory Analysis Class (3 days); for the State of California Department of Justice, California Criminalistics Institute, February, 1996.

**Consultant** on Crime Scene Reconstruction for CBS News (OJ Simpson case)

**Writer, Producer, & Director** of six instructional video programs on firearms, wound ballistics, the use of deadly force by civilians, and forensic firearms evidence:

> *Deadly Weapons: Firearms & Firepower* (1 hour and 45 minutes);
> *Deadly Effects: Wound Ballistics* (1 hour and twenty minutes);
> *Deadly Force: Firearms, Self Defense, & The Law* (1 hour and 40 minutes);
> *Forensic Firearms Evidence: Elements of Shooting Incident Investigation* (3 hours)
> *Gunshot Wounds: Examination, Interpretation, Documentation (Producer)*
> *Blunt Force, Sharp Force, Pattern Injury: Examination, Interpretation, (Producer)*

*All the above video programs are utilized for training by law enforcement agencies (including the FBI), crime labs, universities, medical schools, and many other institutions throughout the world.*

   **Awards:**
   Association of Firearm & Toolmark Examiners "**Most Outstanding Paper**" (*Firearm Recoil Dynamics*) 2008
   American Film Institute's 1990 AVC Award for "Best Instructional Video" for *Deadly Force: Firearms, Self Defense, & The Law.*

   **Editor** of the *Forensic Firearms Evidence: Elements of Shooting Incident Investigation* handbook and the co-author of a forensic firearms evidence written examination both of which are used by law enforcement agencies and crime laboratories in the U.S. and many other countries.

## WORK HISTORY

**San Francisco Police Department** 1970-74;

Principle duty was as a investigator working in the Intelligence Unit performing anti-terrorist penetration, threat assessment, vulnerability evaluations, and protective operations.

**Second Chance Body Armor**, Inc., Executive Vice President, 1975-1976;

Supervised research, development, and testing of body armor for law enforcement.

**Research West, Inc.** 1976 -1978;

Senior Analyst performing research, analysis, and supervising investigations.

**Letterman Army Institute of Research**

Informally studied and performed research for three years at the U.S. Army's Wound Ballistics Laboratory which was an internationally recognized wound ballistics research facility (1987-90.)

**Center for Ballistic Analysis**, Director, 1987-1992: Research and consulting in wound ballistics, body armor performance, and bullet performance dynamics.

**Shooting Incident Reconstruction / Crime Scene Analyst:** Self-employed 1990 - present;

## EDUCATION

**San Francisco State University**, B.A., Journalism, 1973. (Honor graduate: *Cum Laude*)

**Pepperdine University Graduate School of Management, 1975** (Non-Degree)

Completed Master's program in Operations Research and Management. Operations Research involves constructing mathematical and statistical models to describe complex mechanical and human operations.)

## TRAINING

**U.S.. Army Artillery & Missile Command School of Communication Electronics** (1967)

Comprehensive training in Physics and Electronic theory.

**School of Communication Electronics**, San Francisco, CA, (1969)

Advanced Mathematics and Physics.

**San Francisco Police Academy, 1971**

Basic Peace Officer Training: Firearms, Criminal Law, Crime Scene Investigation, etc.

**Forensic Shooting Scene Reconstruction Course**

Forensic Science Consultants; Luke & Mike Haag, Paulden, AZ September, 2008

**Gunshot Wounds & Blunt and Sharp Force Injuries Seminars**

Dr. Patrick Besant-Matthews, MD, Forensic Pathologist. 1992, 1993, 1994, 1996, 1997. 1999.

**Pathology of Gunshot Wounds**

Extensive Private Instruction, 1993-2000 with Dr. P.E. Besant-Matthews, MD; (Board Certified Forensic, Anatomic, & Clinical Pathologist)

**Gunshot Wounds: Theory & Practice Seminar**

Dr. Vincent J. DiMaio, Feb, 2010

**Association of Firearm & Toolmark Examiners**
> Seminars on Firearms Examination & Identification, Toolmark Ballistics, and
> Criminalistics, 1990, 1992, 1993, 1994, 1995. 2001, 2003. 2004, 2007, 2008

**International Assoc for Identification** Training Seminar on Crime Scene Investigation, Sep, 1993, 2002
**American Academy of Forensic Science** Annual Conferences, 1994-2000, 2004, 2007
**Association of Crime Scene Reconstruction Training Conferences**, 1995-2002
**Investigation of Long Range Shooting Cases,** AFTE Conference, San Francisco, 2007
**Force Science Certification**: San Jose P.D., June, 2009

**Shooting Incident Reconstruction Seminar,**
> AFTE Conference, San Diego, CA 1995
**International Bloodstain Pattern Analysts & Association for Crime Scene Reconstruction**
> Joint Training Conference, Oklahoma City, OK 1995.
**Shooting Reconstruction: Ballistic Trajectory Analysis**
> California Department of Justice, California Criminalistics Institute., February, 1996.
**Laboratory of Forensic Science**
> Institute on the Physical Significance of Bloodstain Evidence; May, 1996.
**Institute of Forensic Medicine**
> National Seminar on Forensic Medicine, Panama Dept of Justice, Panama, July 1996.
**Scientific Assembly of Forensic Nurses**
> Kansas City, KS: Nov., 1996
**International Bloodstain Pattern Analysts & Association for Crime Scene Reconstruction**
> Joint Training Conference, Albuquerque, NM, Nov, 1996.
**California State University, Long Beach**
> Advanced Field Evidence Technician Seminar, Anaheim, CA, Nov 1996

## FIREARMS EXPERIENCE
> Formally National Rated Competitive Shooter; U.S. Army "Expert" rating in Rifle and Pistol. SFPD
Academy Combat Pistol and Shotgun Training. Served for 14 years as Rangemaster at one of the major
law enforcement shooting competitions. Duties included design of shooting courses and events, evaluating
marksmanship skills and proficiency with handguns, rifles, and/or shotguns

## CERTIFICATIONS, MEMBERSHIPS, & LICENSES
> California Department of Justice Certified Firearms Instructor
> California Private Investigator's License

**Member**: MENSA (restricted to those with an IQ in the 98th percentile.)

## PERSONAL / LANGUAGES
> U.S. Citizen
> Spanish: read, write, & speak fluently

# PRESENTATIONS

Phoenix Law Enforcement Association
*Wound Ballistics*
Phoenix, AZ; February, 1989

The National Judicial College
*Demonstrative Evidence: Forensic Computer Animation*
Reno, NV; December, 1992

Assoc of Firearm & Toolmark Examiners Training Seminar
*Forensic Animation: Shooting Incident Reconstruction*
Miami, FL; April, 1992

San Francisco Barrister's Club
*Demonstrative Evidence: Forensic Animation*
San Francisco, CA; August, 1992

Detroit Police Department / American Society for Industrial Security
*Shooting Incident Reconstructions & Computer Animation*
Detroit, MI; March, 1993

California Association of Criminalists
*Forensic Animation for Criminal and Civil Trials*
Berkeley, CA; March, 1993

Assoc of Firearm & Toolmark Examiners Training Seminar
*Forensic Computer Animation*
Raleigh, NC; May, 1993

Tulare County Trial Lawyers Association
*Forensic Animation: Shooting Incident Reconstruction*
Visalia, CA: September, 1993

International Association for Identification
*Shooting Incident Reconstruction with Computer Animation*
Caspar, WY: September, 1993

American Academy of Forensic Sciences
*Forensic Animation & Shooting Incident Reconstruction*
San Antonio, TX; February, 1994

California Public Defender's Association
*Computer Animation in the Courtroom*
Long Beach, CA: February, 1994

International Wound Ballistics Association
*Shooting Incident Reconstruction & Computer Animation*
Sacramento, CA; March, 1994

International Wound Ballistics Association
*A Method for Determining Graze Wound Direction*
Sacramento, CA; March, 1994

California District Attorney's Association
*Animation and Graphics: Bringing Your Case to Life*
San Rafael, CA; April, 1994

Northwest Association of Forensic Scientists
*Forensic Animation & Shooting Incident Reconstruction*
Concord, CA; April, 1994

National College of District Attorneys
*Showing the Shooting: Developments in Forensic Ballistics*
South Lake Tahoe, CA; April, 1994

Assoc of Firearm & Toolmark Examiners Training Seminar
*Computer Animation and Shooting Reconstruction*
Indianapolis, IN; June, 1994

High Technology Crime Investigators Association
*Using Computers for Shooting Reconstruction*
Monterey, CA; June, 1994

Assoc for Crime Scene Reconstruction Training Conference
*Computer Animation for Crime Scene Reconstruction*
Oklahoma City, OK; September, 1994

American Academy of Forensic Sciences
General Section
*The Virtual Crime Scene*
Seattle, WA; February, 1995

American Academy of Forensic Sciences
Criminalistics Section
*Forensic Computer Animation: Illustration of Shooting Incidents*
Seattle, WA; February, 1995

Hastings Law School
Advanced Evidence Seminar
*Computer Animation as Demonstrative Evidence*
San Francisco, CA; March, 1995

American Inn of Court
*Crime Scene Reconstruction & Computer Animation*
San Francisco, CA; May, 1995

Assoc of Firearm & Toolmark Examiners Training Seminar
*Computer Animation and Shooting Reconstruction*
San Diego, CA; June, 1995

American Inn of Court
*Forensic Computer Animation: Uses & Abuses*
Lake Charles, LA; September, 1995

International Bloodstain Pattern Analysts & Association of Crime Scene Reconstruction Joint Training
Conference
*Shooting Incident Reconstruction*
Oklahoma City, OK; October, 1995

American Inn of Court
*Forensic Computer Animation*
University of San Francisco Law School
San Francisco, CA; October, 1995

American Academy of Forensic Sciences
*Computer Animation: It's Use in Crime Scene Reconstruction*
Nashville, TN; February, 1996

National Seminar on Forensic Medicine Panama Dept of Justice / Intl Criminal Investigative Training &
Assistance Program
(U.S. Dept. of Justice)
*Shooting Incident Reconstruction / Wound Ballistics*
Institute of Forensic Medicine,
Panama Dept of Justice, Panama City; July 1996

Defense Investigator's Association
*Shooting Incident Reconstruction*
Oakland, CA; October, 1996

Scientific Assembly of Forensic Nurses
*Crime Scene Reconstruction*
Kansas City, MO; November, 1996

Association for Crime Scene Reconstruction /
Int'l Association of Bloodstain Pattern Analysts
*Shooting Incident Reconstruction*
Albuquerque, NM; November, 1996

American Academy of Forensic Sciences
Criminalistics Section
*Blood on the Bullet: The Detection of Blood on Fired Bullets*
New York, NY; February, 1997

American Academy of Forensic Sciences
*Crime Scene Reconstruction: Applying Computer Technology*
New York, NY; February, 1997

Association for Crime Scene Reconstruction / Int'l Assoc of Bloodstain Pattern Analysts Joint Training
Conference
*Reconstruction of Shooting Incidents*
Seattle, WA; November, 1997

Association for Crime Scene Reconstruction / Int'l Assoc of Bloodstain Pattern Analysts Joint Training
Conference
*Workshop: Shooting Incident Reconstruction*
Seattle, WA; November, 1997

American Association of Law Schools Section on Evidence
*Crime Scene Reconstruction & Computer Animation*
San Francisco, CA; January, 1998

American Academy of Forensic Sciences
Criminalistics Section
*Blood on the Bullet: The Detection of Blood on Fired Bullets, Part II*
San Francisco, 1998

University of California, Hastings College of The Law
*Advanced Evidence Seminar / Prof. Roger Park*
San Francisco, CA; April, 1998

Utah Assoc of Crime Scene Analysts Principal Instructor
*Shooting Incident Reconstruction Training Class*
(2 days) Ogden, UT; June, 1998

Association for Crime Scene Reconstruction Workshop:
*Shooting Incident Reconstruction on Vehicles*
Oklahoma City, OK; November, 1998

Association for Crime Scene Reconstruction
*"He Didn't Fall for Her" -- A Shooting Reconstruction*
Oklahoma City, OK; November, 1998, CA, 1998

American Academy of Forensic Sciences General Section
*Shooting Incident Reconstruction*
Orlando, FL, 1999

University of California, Hastings College of The Law
*Forensic Computer Animation: Admission and Use*
San Francisco, CA; April, 1999

Richmond Police Department Evidence Technicians
*Shooting Incident Reconstruction Techniques*
 Richmond, CA; May, 1999

Association for Crime Scene Reconstruction
*Shooting Reconstruction: 16 Bullets, One Dresser, One Decedent*
Kansas City, MO, Sept; 1999

Association for Crime Scene Reconstruction
*Shooting Reconstruction Workshop (Instructor)*
 Kansas City, MO, Sept; 1999

American Academy of Forensic Sciences
*The Gallardo Case: A Shooting Reconstruction*
Reno, NV; February, 2000

University of California Hastings School of Law
*Advanced Evidence Seminar / Prof. Roger Parks*
San Francisco, CA; April, 2000

National Defense Investigators Association
*Crime Scene Reconstruction*
Las Vegas, NV; Oct, 2000

Procuraduria General de la Republica
(Office of the Attorney General of Mexico)
*Forensic Ballistics Course (3 Days)*
Mexico City, Mexico, Oct  2000

American Academy of Forensic Sciences
*The Effect of Hair Upon the Deposition of Gunshot Residue*
Seattle, WA, Feb 2001

University of California Hastings School of Law
*Guest Speaker Advanced Evidence Seminar / Prof. Roger Park*
San Francisco, CA; April, 2001

California Judges Association
Guest Speaker: *Digital Evidence Seminar*
Palm Springs, CA, May, 2001

Association of Firearm & Toolmark Examiners
*Shooting Reconstruction: Putting It Together*
Newport Beach, CA, July, 2001

Association of Firearm & Toolmark Examiners
*The Effect of Hair Upon the Deposition of Gunshot Residue*
Newport Beach, CA, July, 2001

Association for Crime Scene Reconstruction
*The Effect of Hair Upon the Deposition of Gunshot Residue*
Las Vegas, NV, October, 2001

Santa Clara University Law School
Guest Speaker
*Advanced Evidence Seminar* / Prof. Kandis Scott,
Santa Clara, CA, February, 2002

University of California Hastings School of Law
Guest Speaker *Advanced Evidence Seminar* / Prof. Roger Park
San Francisco, CA; April, 2002

International Association for Identification
*Homicide or Suicide: The Cameron Reconstruction*
Las Vegas, NV; March, 2002

Association for Crime Scene Reconstruction
*The Penetration of Automotive Windshields by .223 Ammunition*
Denver, CO, October, 2002

Santa Clara University Law School
Guest Speaker
*Advanced Evidence Seminar* / Prof. Kandis Scott
Santa Clara, CA, March, 2003

Association of Firearm & Toolmark Examiners
*The Penetration of Automotive Windshields by .223 Ammunition*
Philadelphia, PA, May, 2003

Association of Firearm & Toolmark Examiners
*Through The Door: A Shooting Reconstruction*
Philadelphia, PA, May, 2003

Association of Firearm & Toolmark Examiners
*The Cameron Case: Shooting Reconstruction*
Vancouver, BC Canada; May, 2004

Forensic Science Educator's Conference
St. Louis University School Of Medicine
*Crime Scene Reconstruction: What It Is & Isn't*
St. Louis, MO, July, 2004

*Forensic Digital Photography*
University Medical Center
Sexual Assault Response Team
Principal Instructor – 2 Day Seminar
San Diego, CA, September 2004

*Forensic Digital Photography & Documentation of Evidence*
Principal Instructor – 2 Day Seminar
South San Francisco, CA; March, 2005

University of California Hastings School of Law
Guest Speaker *Advanced Evidence Seminar* / Prof. Roger Park
San Francisco, CA; April, 2005

San Francisco MENSA Regional Meeting
"Brilliance by the Bay"
Invited Speaker: "
*CSI: Bullets, Bodies, & B.S."*
San Francisco, CA; November, 2005

American Academy of Forensic Sciences
*Shooting Reconstruction: The Value of Evidence & Analysis  in a Double Homicide*
Seattle, WA, Feb 2006

University of California Hastings School of Law
Guest Speaker *Advanced Evidence Seminar* / Prof. Roger Park
San Francisco, CA; April, 2006

University Health Center
*Forensic Digital Photography Seminar*
Instructor:  (2 Days)
San Diego, CA; April, 2006

California Association of Criminalists
Workshop Presenter: *Forensic Digital Photography*
Concord, CA; May, 2006

California Association of Criminalists
*Shooting Reconstruction: The Value of Evidence & Analysis*
Concord, CA; May, 2006

Office of the San Francisco Medical Examiner
Invited Speaker
*Shooting Incident Analysis & Reconstruction*
San Francisco, CA; February, 2007

San Francisco District Attorney's Office
Invited Speaker
*Shooting Incident Analysis & Reconstruction*
San Francisco, CA; March, 2007

California Association of Criminalists
*Muzzle Flash: Why Many See It and a Few Do Not*
Co-Author
Garden Grove, CA; March, 2007

University of California Hastings School of Law
*Guest Speaker Advanced Evidence Seminar / Prof. Roger Park*
San Francisco, CA; April, 2007

Association of Firearm & Toolmark Examiners
*The Effect of Gripping Upon Firearm Recoil*
San Francisco, CA, May, 2007

Association of Firearm & Toolmark Examiners
*Drive By Shooting: To Dream the Impossible Crime*
San Francisco, CA, May, 2007

St Louis University School of Medicine
Dept of Forensic Science
Masters Death Investigation Training Conference
*Crime Scene Reconstruction: The Elements Of Investigation, Analysis & Determinations*
St. Louis, MO; July 2007

Professional Education Seminars, Inc
*Crime Scene Investigation & Advanced Technology*
Harrisburg, PA: Nov, 2007

Professional Education Seminars, Inc
*Crime Scene Investigation & Advanced Technology*
Altoona, PA, Nov, 2007

Professional Education Seminars, Inc
*Crime Scene Investigation & Advanced Technology*
Pittsburg, PA, Nov, 2007

Professional Education Seminars, Inc
*Crime Scene Investigation & Advanced Technology*
Portland, ME, Dec, 2007

Professional Education Seminars, Inc
*Crime Scene Investigation & Advanced Technology*
Concord, NH, Dec, 2007

Professional Education Seminars, Inc
*Crime Scene Investigation & Advanced Technology*
Burlington, VT Dec, 2007

Evidence Photographers International Council
*Forensic Photography*
Orlando, FL; Jan 2008

American Academy of Forensic Sciences
*Shooting Reconstruction: The Boyd Case*
Washington, DC, Feb 2008

Association of Firearm & Toolmark Examiners
*City Shooting: The Sean Bell Case: A Complex Shooting Reconstruction*
Honolulu, HI, May, 2008

Association of Firearm & Toolmark Examiners
*Firearm Recoil Dynamics: The Inside Story*
"Most Outstanding Paper" 2008 Award
Honolulu, HI, May, 2008

California International Association for Identification
"A Complex Shooting Reconstruction"
San Jose, CA, May 2009

American Academy of Forensic Sciences
*Shooting Dynamics: Elements of Time & Movement in Shooting Incidents*
Seattle, WA, Feb 2010

American Academy of Forensic Sciences
*The Rosario Case (NYPD): A Complex Shooting Incident Reconstruction*
Seattle, WA, Feb 2010

LeadAmerica Law & Justice Conference
*Crime Scene Reconstruction*
Stanford University, Palo Alto, CA
July, 2010

Utah Medical Examiner Shooting Death Investigation Conference
Special Invited Guest
*Investigation of Shooting Incidents*
Salt Lake City, UT, Oct, 2010

University of California Hastings School of Law
*Guest Speaker Advanced Evidence Seminar / Prof. Roger Park*
San Francisco, CA; Nov, 2010

St. Mary's College High School
Invited Speaker
Shooting Incident Reconstruction
Albany, CA, Nov 2010

Critical Incidents: A New Look at Officer Involved Shootings Semnar
*Forensic Analysis of Officer Involved Shootings*
Featured Speaker
Oakland, CA, Mar 2011

Association of Firearm & Toolmark Examiners
*Shooting Dynamics: Elements of Time and Movement in Shooting Incidents*
*Chicago, IL, May 2011*

## Publications

*Drywall: Terminal Ballistic Properties of Forensic Interest (Co-author)*
**Journal of the Assoc of Firearm & Toomark Examiners**
Volume 42, Number 3, Summer 2010

*Shooting Dynamics: Elements of Time & Movement in Shooting Incidents*
**Investigative Sciences Journal**
Volume 2, Number 1, January 2010

*Muzzle Flash: One Witness Sees It, the Other Does Not (Co-author)*
**California Association of Criminalists News Journal**
Third Quarter, 2007

*The Effect of Hair Upon the Deposition of Gunshot Residue*
**Forensic Science Communication – Federal Bureau of Investigation**
April, 2004

*The Art and Science of Crime Scene Reconstruction*
**Forensic Nurse Journal** – May/June, 2004

*Courtroom Computer Animation and Simulation*
**The Champion: National Association of Criminal Defense Lawyers**
Vol XX No. 1, Jan/Feb 1996

*The "Rhino" Bullet*
**Wound Ballistics Review: Journal of the International Wound Ballistics Association**
Vol 2. No. 1, 1995

*Ammunition Performance: Testing Data & Acceptance Criteria*
**Wound Ballistics Review: Journal of the International Wound Ballistics Association**
Vol 1, No. 4, 1993

*The Body Armor Standards Controversy*
**Wound Ballistics Review: Journal of the International Wound Ballistics Association**
Vol 1, No 3., 1992

*The Roots of Bad Data: The Relative Incapacitation Revisited*
**Wound Ballistics Review: Journal of the International Wound Ballistics Association**
Vol1, No. 2, 1992

*The Twilight Zone of Wound Ballistics*
**Wound Ballistics Review: Journal of the International Wound Ballistics Association**
Vol 1, No. 1, 1991

*Body Armor Standards: A Review and Analysis*
**Wound Ballistics Review: Journal of the International Wound Ballistics Association**
Vol 1, No. 1, 1991

*Wounding Effects of the AK-47 Rifle*
**American Journal of Forensic Medicine and Pathology**
(Co-author) 11(3), 185-189, 1990

*Forensic Animation*
**The Docket, Jan 1993**

*Computer Animation Training Tapes*
**CADalyst, June 1993**

*Evidence Set in Motion: The Mitchell Homicide*
**Police, June 1992**

*A New Era in Combat Handguns*
**Police Marksman, May 1989**

*The Omni-Shock Bullet*
**Journal of the Association of Firearm & Toolmark Examiners**
(Co-author) January, 1989

# Alexander Jason

### Certified Senior Crime Scene Analyst
### Certified Force Science Analyst

PO Box 375, Pinole, CA 94564 • 510-724-1003 FAX 724-0733 / ajason@alexanderjason.com

## Tax ID 68-0152575

## Fee Schedule

**Consulting & Analysis:**
$250 per hour. Additional charges may be required for equipment rental and/or other professional assistance.

**Depositions:**
$ 400 per hour; four hour minimum.

**Testimony:**
$ 5,000 per day (half-day minimum).

**Training:**
$ 2,000 per day plus all expenses.

**Travel** (beyond 50 miles):

$ 3,000 per day or fragment thereof. Actual travel time: $ 125 per hour -- (half-day minimum) plus reasonable expenses which include airfare or mileage, auto rental, food, lodging, and professional support requirements which will be billed at actual cost.

# Alexander Jason

Certified Senior Crime Scene Analyst
Certified Force Science Analyst

www.alexanderjason.com

Cases in which I testified and/or was deposed or produced a Rule 26 report for the past 4 years: (as of Jan 2011)

Viera v. City of El Monte, et al, USDC; SA CV, February, 2006 (OIS/Civil)

Stansfield v. City of El Cajon, Federal Court, San Diego, CA, July 2006 (OIS/Civil)

Gonzalez, et al. v. City of Garden Grove, et al. USDC CV05-1506 CAS(MCx), August, 2006 (OIS/Civil)

State of Florida v. Justin Barber, State Court, Jacksonville, FL, June 2006 (Homicide/Criminal)

Zapatella v. Toyobo & Second Chance Inc, Superior Court, San Diego, CA, August, 2006 (Civil)

McDermott v. City of Fremont, Federal Court, San Francisco, CA January, 2007 (OIS/Civil)

People v. Zupan, Superior Court, Nevada City, CA, March 2007 (Homicide/Criminal)

U.S. v. K. Wilk, No. 04-60216-CR-COHN/SNOW, Ft Lauderdale, FL, May 2007 (Homicide/Criminal)

Boyd v. CCSF, U.S. District Court No. C04-5459, San Francisco, CA May 2007 (OIS/Civil)

Rios v. County of San Bernardino, et al, Case No. :CV06-00569 VAP (JTLx), October, 2007 (OIS/Civil)

Brown v. City of El Cajon, et al, October, 2007, GIC 868862, County of San Diego (OIS/Civil)

State of Texas v. Rhode, Homicide, Superior Court, Brownsville, TX, 2007 (Homicide/Criminal)

Gutierrez vs. City of Orange, et al, USDC. No SACV06-760 CJC ; Orange, CA; Nov 2007 (OIS civil)

Galvan v. Yates, et al, USDC No. 1:05-CV-00986-LJO-NEW (WMW), Modesto, CA 2008 (OIS/Civil)

State of New York v. Oliver, et al; NYPD Officers, Queens Supreme Court, NYC. 2008 (OIS/Criminal)

Espinosa v City & County of San Francisco; USDC C06-04686 JSW, San Francisco, CA 2008 (OIS/Civil)

State of New York v J. Timmons; Superior Court, Albany Co. Albany, NY; Jan. 2009 (Homicide/Criminal)

D.J. Allen, et al v. City of Chula Vista, Superior Court, San Diego, CA; April 2009 (OIS/Civil)

Su'e v. City of Long Beach, Superior Court, Long Beach, CA; June 2009 (OIS/Civil)

People v. Sheldon Harris, Superior Court, Bronx Co, New York, NY June 2009 (Homicide/Criminal)

Moran v. City of San Mateo; Superior Court, San Mateo, CA June 2009 (OIS/Civil)

King, Jr. et al. v City of Oakland, et al.USDC C 08-02-2394, July, 2009 (OIS Civil)

Smith v. Campbell, C-06-2972 MHP, U.S. Northern DC, Habeas Corpus, November, 2009 (Homicide)

People v Parker, Case No:  RIF136528, Superior Court, Riverside, CA, March 2010 (Homicide/Criminal)

Estrada, et al. v. The City of Las Cruces, et al., No. CIV 09-10 RB/CEG March, 2010 (OIS/Civil)

McBroom v Sheriff G. Payne, et al, Federal Court Civ 1811.0092, Gulfport, MS March, 2010 (OIS/Civil)

Bender v Lake Weston, et al; 9th J Dist, 2009-CA-003588-O, Orange, Co., FL June, 2010 (Civil)

Singh v City of Gilroy, et al, USDC, C09-00740 PVT, June, 2010, San Jose, CA (OIS/Civil)

State of Texas v Crocker, Case #16,285, July, 2010, Titus County, Texas (Homicide/Criminal)

Garcia v City of Ontario, CV 09-03014-VBF, Ontario, CA; August, 2010 (OIS Civil)

De La Torre v City of Salinas, et al, 09-00626 RMW (PVT), August, 2010 (OIS Civil)

Mitchell v City of Pittsburg, et al, Federal Court, Dec 2010 (OIS Civil)

Sheehan v City and County of San Francisco, et al , USDC C09-3889 CRB, Dec 2010 (OIS Civil)

McBroom v Payne, et al, Federal Court, CV 1811.0092; Gulfport, MS, Dec, 2010 (OIS Civil)

Oakland Police Dept v Jiminez, Arbitration Hearing, Oakland, CA, November, 2010 (OIS Arbitration)

 De La Torre v City of Salinas, et al, Federal Court, Salinas, CA, November, 2010 (OIS civil)

People v Vallejo, Superior Court, Santa Maria, CA, January, 2011 (Homicide/Criminal)

Veazy v Cleveland Nursing, et al., Federal Court, Jackson, MS, May, 2011 (Forensic Photography)