UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CLARISSE SWEAT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:10-0589 |
| | ) | Judge Sharp |
| | ) | |
| JOE SHELTON, in his official and individual capacities, JOHN DOE POLICE OFFICERS #1-#20, in their official and individual capacities, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Court hereby rules as follows:

(1) Defendant Joe Shelton's Motion for Summary Judgment (Docket No. 69) is DENIED, and his Motion to Ascertain Status (Docket No. 89) is DENIED AS MOOT; and

(2) Plaintiff Clarisse Sweat's Motions to Strike (Docket Nos. 82 & 83) are DENIED.

The Court will hold a final pretrial conference in this case on July 23, 2012 at 3:30 p.m., as previously scheduled.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE