IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CLARISSE SWEAT | ) | |
| | ) | |
| Plaintiff | ) | Case No. 3:10-cv-0589 |
| | ) | |
| v. | ) | JUDGE SHARP |
| | ) | |
| JOE SHELTON, | ) | MAGISTRATE JUDGE KNOWLES |
| | ) | |
| Defendant | ) | |

**AGREED ORDER AND STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) the parties in this action, Plaintiff Clarisse Sweat and Defendant Joe Shelton, through undersigned counsel hereby stipulate to the dismissal, with prejudice, of any and all of Plaintiff's claims in their entirety against the Defendant in this action. The parties shall bear and be responsible for their own costs, including discretionary costs, and attorney's fees.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE

**APPROVED FOR ENTRY:**

/s/Allen Woods
Larry Woods (#2395)
Allen Woods (#23103)
P.O. Box 128498
Nashville, TN 37212
(615)321-1426
Attorney for Plaintiff

/s/ John M. L. Brown
John M.L. Brown (# 5438)
222 Second Avenue North, Suite 312
Nashville, Tennessee 37201
615-242-3348

*Attorney for Defendant Joe Shelton*

/s/ Keli J. Oliver w/permission Melissa Roberge (#26230)
Keli J. Oliver (# 21023)
Assistant Metropolitan Attorney
P.O. Box 196300
Nashville, Tennessee 37219
615-862-6341

*Attorneys for Defendant Joe Shelton*

## CERTIFICATE OF SERVICE

I certify that I have forwarded a copy of this document via the Court's electronic filing system to the following persons on March 26, 2015.

Mr. Larry Woods, Attorney
Mr. Allen Woods, Attorney
P.O. Box 128498
Nashville, Tennessee 37212

                                      /s/ Keli J. Oliver w/permission Melissa Roberge